# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 05, 2025

**Via ECF**  
Judge Margaret M. Garnett  
United States District Judge  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      *Re:* **Delcid Orellana v. Jafet Tile Marble Corp. et al,**  
           **Index No. 1:25-cv-02763**

Dear Judge Garnett:

    This office represents the Plaintiff in the above-referenced matter. With the consent of Defendant's counsel, we write jointly to request a 30-day extension of time for parties to submit the settlement agreement. The current deadline for the parties to provide a settlement agreement is September 9, 2025. We respectfully request that this deadline be extended to October 3, 2025. The reason for this request is that the parties need additional time. This is the first time the parties are requesting the relief herein.

    We thank the Court for its time and attention to this matter.

                                       Respectfully Submitted,

                                       /s/ Robert Jun  
                                       Robert Jun, Esq.  
                                       Michael Faillace & Associates, P.C.  
                                       *Attorneys for Plaintiff*

---

GRANTED. Parties' deadline to submit the settlement agreement and joint letter is hereby EXTENDED until **October 3, 2025.** The required joint letter must address the materials described in the Court's August 15, 2025 Order. *See* Dkt. No. 30. The Clerk of Court is respectfully directed to terminate Dkt. No. 32.

SO ORDERED. Dated September 5, 2025.

*[signature]*

HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE