USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA DELCID ORELLANA, *individually and on behalf of others similarly situated,*

             *Plaintiff,*

-against-

JAFET TILE MARBLE CORP. (d/b/a JAFET TILE), FORMIA MARBLE STONE INC (d/b/a FORMIA MARBLE AND STONE). JAFET MILBER MARTINEZ, and FILIPPO BERTA,

             *Defendants,*

------------------------------------------------------------------X

Civil Action No. 1:25-cv-02763-MMG

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On September 29, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIA DELCID ORELLANA, has judgment against JAFET TILE MARBLE CORP. (d/b/a JAFET TILE), FORMIA MARBLE STONE INC (d/b/a FORMIA MARBLE AND STONE). JAFET MILBER MARTINEZ, and FILIPPO BERTA, jointly and severally, in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 1, 2025

_____
HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE